UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-88 |
| | ) | (JORDAN/GUYTON) |
| JOHN I. CHISOM, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned on defendant's Ex Parte Request For Investigative Services [Doc. 33] filed on April 26, 2006.

Movant has indicated that the Motion [Doc. 33] was filed incorrectly and will be replaced by a voucher. Therefore, the Ex Parte Request For Investigative Services [Doc. 33] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge